LAW OFFICE OF DAVID M. FELDMAN
DAVID FELDMAN, SBN #179679
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401
Telephone: (310) 578-7171
Facsimile: (310) 578-7731

Attorney for Plaintiff
LINDA TURNER, INDIVIDUALLY AND
ON BEHALF OF KEVIN TURNER
(DECEASED)

# IN THE UNITED STATE DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TURNER individually and as Successor-in-Interest to the Estate of KEVIN TURNER,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY CECIL, JEAN DANSEREAU, BARBARA VANHOOSE, ,<br><br>Defendants. | **CASE NO. 2:16-cv-03781-PLA**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

# **ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, the release by Plaintiff of all claims and potential claims she has or may have against Defendants for the wrongful death of Decedent Kevin Turner and the violation of both Plaintiff's and Decedent's civil rights is hereby APPROVED; and

IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: June 25, 2018

*Paul L. Abrams*

_____
Paul L. Abrams
United States Magistrate